WM. BLANCHARD CO. v. BEACH CONCRETE CO. INC.

September 27, 1977. Petitions for certification denied. (See 150 *N. J. Super.* 277)

A-LEET LEASING CORPORATION v.
KINGSHEAD CORPORATION.

September 27, 1977. Petition for certification denied. (See 150 *N. J. Super.* 384)

IN THE MATTER OF THE ESTATE OF
REUBEN H. BENNER, DECEASED.

September 27, 1977. Petition for certification denied.

CITY OF NEWARK v.
CENTRAL AND LAFAYETTE REALTY COMPANY, INC.

September 27, 1977. Petition for certification denied. (See 150 *N. J. Super.* 18)

ROBERT A. WESTER v. CITY OF PATERSON.

September 27, 1977. Petition for certification denied.